**UNITED STATES of America, Appellee,**

v.

**Gary SEMBLER, Appellant.**

No. 05–2234.

United States Court of Appeals, Eighth Circuit.

Submitted May 5, 2006.

Filed May 11, 2006.

Linda Parker Marshall, Asst. U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Appellee.

Kenton M. Hall, Kansas City, MO, for Appellant.

Gary Sembler, Independence, MO, pro se.

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

### [UNPUBLISHED]
### PER CURIAM.

Gary Sembler appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to defraud the United States, *see* 18 U.S.C. § 286, and presenting false claims against the United States, *see* 18 U.S.C. § 287. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), noting Sembler's belief that he should have been sentenced as a minor participant.

We conclude that it was not clear error for the district court to deny a minor-role reduction under U.S.S.G. § 3B1.2 upon finding that the conspiracy could not have taken place without Sembler's involvement. *See United States v. Casares–Cardenas*, 14 F.3d 1283, 1289 (8th Cir.) (decision whether to accord minor-role status is factual finding reviewed for clear error; denial of minor-role reduction was not clear error where defendant's role was "integral to the advancement of the purpose of the conspiracy"), *cert. denied,* 513 U.S. 849, 115 S.Ct. 147, 130 L.Ed.2d 86 (1994).

Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no other nonfrivolous issues. Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.